

## Court of Appeals
## Fifth District of Texas at Dallas

### WRIT OF MANDAMUS

IN RE AARON HERBERT

No. 05-19-01126-CV

Original Proceeding from the County Court at Law No. 1, Dallas County, Texas Trial Court Cause No. CC-18-04644-A. Opinion delivered by Justice Whitehill. Justices Partida-Kipness and Pedersen, III participating.

In accordance with this Court's opinion of today's date, the Court **GRANTS** relator's petition for writ of mandamus. The Court **ORDERS** that this writ of mandamus issue instanter.

We **ORDER** the trial court to hold a hearing on relator's "Counter-Defendants' Motion to Dismiss" filed on or about June 24, 2019. The hearing must take place no later than **Friday, September 20, 2019**.

Writ issued September 19, 2019.

/Bill Whitehill/
BILL WHITEHILL
JUSTICE